SAMUEL WESTHEIMER v. A. R. NUTT.

*Per Curiam:* Upon the authority of the decision just rendered in the case of *The Samuel Bowman Distilling Company, a Corporation, v. A. R. Nutt,* the judgment of the court below in this case will be reversed, and the cause remanded with the

order that judgment be rendered in favor of the plaintiff and against the defendant upon the special findings of fact made by the court below.